UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PYPER TOOL & ENGINEERING INC.,

                    Plaintiff,

       -against-

PLASAN NORTH AMERICA INC.,

                    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2026
```

25 Civ. 9501 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's second pre-motion letter seeking leave to file a motion to dismiss, ECF No. 26, and Plaintiff's opposition letter, ECF No. 27. Accordingly:

1. Defendant's request to file a motion to dismiss is GRANTED;
2. By **April 1, 2026**, Defendant shall file its motion;
3. By **April 29, 2026**, Plaintiff shall respond.
4. By **May 13, 2026**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: March 4, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge